UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**THEODORE C. HOCKENSMITH,
PETER J. VINCITORE, JR. , ADAM
PHLIEGER, BILLY NOE, VIRGIL
DALE PENROD, MICHAEL SHANE
DICKENS, VINCENT J. APUZZO III,
TODD ALLEN WHALEY, ARTHUR H.
HUBNER, JASON KUBISIAK, JOE D.
REICHERT, JOSEPH FAIOLA,
WILLIAM HARRY MAZE, SR. ,
MATTHEW PATTERSON, MARIO
CRITTENDEN, KHAI NGO, KENNETH
SCHUMACHER, ANDRES BEDOYA,
MARK MCGANNON, STEVE
PRANGER, DAVID P. JURGENS, IVAN
FLORES RAMIREZ, GEORGE
EASTMAN, BRUCE BOWLSBY,
JEFFERY SCOTT HICKMAN,
EDWARD OLSON, KODI COLES,
SALVADOR ARREGUIN JR, DAVID
WALLACE ALTON, TIM BULLIS,
JEFFERY COX, TYLER ANDREW
BOLTON, HARRISON HODGES,
MARC GREGORY, PHILLIP RYAN
HARPER, TIMOTHY DOWDY,
ROBERT C. LUST, WILLIAM RYAN
MANNING, AGUSTIN QUINTANA JR.,
PHILLIP CABRALES KALMANSON,
DAVID YATES, MICHAEL C. GOSS,
DILLON MABRY, LINDA SIROTA,
WILLIAM ROTHERMEL, LUIS C.
PINEDA, HARRY C. BELL,
CONSTANTINE HARALAMBUS,
MARK A. BALLEW, ANDREW L.
BERBERICH, RICHARD D. SALARIO,
CHRISTOPHER KENNEDY, WESTON
SILVERS, STEVEN FREESE and LEE
SCOTT WARD,**

          **Plaintiffs,**

**v.**                                                **Case No:  6:18-cv-1885-Orl-41KRS**

**FORD MOTOR COMPANY,**

**Defendant.**

_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Amended Motion to Dismiss without Prejudice (Doc. 19), to which Defendant filed a Response in opposition (Doc. 21). Federal Rule of Civil Procedure 41(a)(2) permits voluntary dismissal by court order "on terms that the court considers proper." "[I]n most cases a dismissal should be granted unless the defendant will suffer clear legal prejudice, other than the mere prospect of a subsequent lawsuit, as a result." *McCants v. Ford Motor Co.*, 781 F.2d 855, 856–57 (11th Cir. 1986) (emphasis omitted). Here, Defendant contends that it will be prejudiced because Plaintiffs could file a subsequent lawsuit in a separate forum. Defendant's allegation of forum shopping, without more, is an insufficient basis to deny Plaintiffs' Motion. *See Williams v. Regions Fin. Corp.*, No. CV 08-B-448-S, 2008 WL 11422096, at *3–4 (N.D. Ala. Aug. 25, 2008) (rejecting forum shopping alone as a justification for denying a Rule 41(a)(2) motion and finding "that a litigant's search for the best forum is akin to 'some tactical advantage . . . in future litigation' that the Eleventh Circuit expressly declared in *Pontenberg* as being no bar to a Rule 41(a)(2) dismissal").

Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. Plaintiffs' Amended Motion to Dismiss without Prejudice (Doc. 19) is **GRANTED**.

2. Plaintiffs' Motion to Dismiss without Prejudice (Doc. 18) is **DENIED as moot**.

3. Plaintiffs' Unopposed Motion for Leave to File a Reply (Doc. 22) is **DENIED as moot**.

4. Plaintiffs' Unopposed Motion to Stay (Doc. 27) is **DENIED as moot**.

5.  The Clerk is directed to close this case.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2019.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record